**Ari H. Marcus, Esq.**
Licensed to Practice in NJ & NY
Ari@MarcusZelman.com

**Yitzchak Zelman, Esq.**
Licensed to Practice in NJ & NY
Yzelman@MarcusZelman.com

# MARCUS & ZELMAN, LLC
ATTORNEY & COUNSELLOR AT LAW
Tel: (732) 695-3282
Fax: (732) 298-6256
www.MarcusZelman.com

**NEW JERSEY OFFICE**:
1500 Allaire Avenue, Suite 101
Ocean, New Jersey 07712

**NEW YORK OFFICE**:
4 Ridgeway Terrace
Spring Valley, New York 10977

*All Correspondences to NJ Office*

January 19, 2016

Magistrate Judge Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East, 505 North
Brooklyn, New York 11201

    RE:    Beth Shvarts v. Convergent Outsourcing, Inc.
            Civil Action No.:  15-cv-06744

To the Honorable U.S. Magistrate Judge Scanlon:

    The undersigned represents the Plaintiff in this action brought pursuant to the Fair Debt Collection Practices Act (the "FDCPA").  Please be advised that this matter has been settled as to all parties and claims.  It is therefore respectfully requested that a 60-day Order be issued, in order to allow the parties to finalize settlement details and submit a Stipulation of Discontinuance.

    Kindly contact the undersigned with any questions or concerns regarding the foregoing.

                             Very truly yours,
                             *s/ Ari H. Marcus*
                             Ari H. Marcus, Esq.
AHM/dd                   MARCUS & ZELMAN, LLC